PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION  ☐ INDICTMENT  ☐ COMPLAINT

CASE NO.  CR 23-49MSM PAS

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added Information

USA vs.
Defendant: Mi Ok Song Bruining

Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND — RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ZACHARY A. CUNHA
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Sara M. Bloom

☐ Interpreter Required  Dialect: _____

Birth Date: __/1960
☐ Male  ☒ Female  ☐ Alien (if applicable)

Social Security Number: [REDACTED]

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
HHS-OIG, Special Agent, Lindsay Walford

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
PAS/ 23-mj-011

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date 3/2/2023  or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☒ Currently on bond
☐ Fugitive

Defense Counsel (if any): Joanne Daley, Esq.
☒ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | ☒ Felony ☐ Misdemeanor |
|  | Imprisonment: 10 years/ Fine: $250,000 | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 1 week | ☐ Felony ☐ Misdemeanor |