# UNITED STATES DISTRICT COURT
## for the
### Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-cr-00049-MSM-PAS-1 |
| Mi Ok Song Bruining | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/09/2023

_Defendant's signature_

_Signature of defendant's attorney_

Joanne M. Daley
_Printed name of defendant's attorney_

_Judge's signature_

Mary S. McElroy, US District Judge
_Judge's printed name and title_